In the Matter of the Application of the Public Service Commission for the First District for the Appointment of Three Commissioners, etc.

Utica Avenue Route.— Motion granted. Messrs. Thomas H. Troy, William Seward Shanahan and Desmond Dunne, appointed commissioners. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.